PEOPLE'S MORTGAGE FINANCE CORPORATION, Respondent, v. JAMES A. CLARK, Appellant.— Orders reversed, with ten dollars costs and disbursements, and

motion to change place of trial to Erie county granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.